

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellant's second motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is due February 5, 2019. No further extensions will be granted absent extenuating circumstances.

It is so ORDERED on January 18, 2019.

PER CURIAM

ATTESTED TO: _____
    KEITH E. HOTTLE,
    Clerk of Court